

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00322-CR

---

In re Devoris Newson, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

### J U D G M E N T

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Dick Alcala, Senior District Judge of the 340th Judicial District Court, assigned to the 346th Judicial District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 18th day of December 2025.

GINA M. PALAFOX, Justice

Before Palafox and Soto, JJ., Rodriguez, C. J. (Senior Judge)
Rodriguez, C.J. (Ret.), sitting by assignment